UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY TOTHERO,<br><br>       Plaintiff,<br><br>  -against -<br><br>GC SERVICES, LP,<br><br>       Defendant. | CIVIL ACTION NO. 1:15-cv-01337-JEJ |

## JOINT STATUS REPORT

**COME NOW** the parties in the above-captioned action and represent to the Court that the parties have fully resolved their differences and anticipate submitting closing documents within the next forty-five days. As a consequence, the parties respectfully request that the Court adjourn all set dates at this time, including that for the filing of a responsive pleading to the Complaint.

| | |
|---|---|
| THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE<br>*Attorneys for Plaintiff Jeffrey Tothero*<br><br>By: *s/Michael Alan Siddons*_____<br>Michael Alan Siddons<br>16 West Front Street<br>Media, PA 19063<br>Tel: 484-614-6546<br>Email: msiddons@siddonslaw.com | HINSHAW & CULBERTSON LLP<br>*Attorneys for Defendant GC Services, LP*<br><br>By: *s/Carlos A. Ortiz*_____<br>Carlos A. Ortiz<br>222 North La Salle Street, Suite 300<br>Chicago, IL 60601<br>Tel: (312) 704-3000<br>Email: cortiz@hinshawlaw.com |