UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY TOTHERO, <br><br> Plaintiff, <br><br> -against - <br><br> GC SERVICES, LP, <br><br> Defendant. | CIVIL ACTION NO. 1:15-cv-01337-JEJ |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, JEFFREY TOTHERO ("Plaintiff"), by their attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP, ("Defendant"), in this case.

RESPECTFULLY SUBMITTED,

THE LAW OFFICE OF MICHAEL ALAN SIDDONS, ESQUIRE
*Attorneys for Plaintiff Jeffrey Tothero*

By: *s/Michael Alan Siddons*_____
Michael Alan Siddons
16 West Front Street
Media, PA 19063
Tel: 484-614-6546
Email: msiddons@siddonslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Adam Hill

Adam Hill

Attorney for Plaintiff

131134872v1 0975886